DOMESTIC DRYER CORPORATION, Plaintiff, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Defendant.

LOUIS HALLE, Appellant; BROOKLYN UNION GAS COMPANY, Respondent.

Argued February 23, 1944; decided April 6, 1944.

*Louis Halle,* appellant, in person.

*Maximilian Moss, Dimitri G. S. Eristoff* and *Charles J. Dodd, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.